# Court of Appeals
# of the State of Georgia

ATLANTA,___May 06, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16E0028.  THOMAS DEMILIO et al. v. CRUMP ENTERPRISES, LLC.**

An "Emergency Motion for Writ of Supersedeas of Appellant" has been filed on behalf of "Thomas Joseph Demilio and Any Other Occupants" [hereinafter "Movant(s)"], seeking an "Order of this Court granting his emergency writ of supersedeas and an Order directing the Walton County Sheriff's Office to stay any writ of possession and an Order allowing Appellant to remain in possession of his residence. . . ."

Because no basis to grant said Motion has been demonstrated by Movant(s), said Motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___05/06/2016____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*